# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHIPREZ,<br><br>              Plaintiff,<br><br>     v.<br><br>WARDEN, *et al.*,<br><br>              Defendants. | Case No.  1:21-cv-00668-DAD-BAM (PC)<br><br>Appeal No. 21-16588<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff Jesus Chiprez ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 15, 2021, the Court dismissed the federal claims asserted in the first amended complaint, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted and after declining to exercise supplemental jurisdiction over Plaintiff's state law claims, dismissed those claims, without prejudice to the claims being asserted in state court. (ECF No. 18.) Judgment was entered accordingly the same date. (ECF No. 19.) On September 27, 2021, Plaintiff filed a notice of appeal. (ECF No. 20.)

On September 29, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3).

///

1

The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:  **September 29, 2021**          /s/ Barbara A. McAuliffe          
                                        UNITED STATES MAGISTRATE JUDGE