# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHIPREZ, | Case No. 1:21-cv-00668-DAD-BAM (PC) |
| Plaintiff, | Appeal No. 21-16588 |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE |
| WARDEN, *et al.*, | |
| Defendants. | (ECF No. 25) |

Plaintiff Jesus Chiprez ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 15, 2021, the Court dismissed the federal claims asserted in the first amended complaint, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted and after declining to exercise supplemental jurisdiction over Plaintiff's state law claims, dismissed those claims without prejudice to the claims being asserted in state court. (ECF No. 18.) Judgment was entered accordingly the same date. (ECF No. 19.) The matter is now pending on appeal with the Ninth Circuit Court of Appeals. (ECF No. 22.)

On October 25, 2021, Plaintiff filed a motion for transcripts at government expense. (ECF No. 25.) Plaintiff provides no other information about the request.

Plaintiff's request for a transcript is unnecessary. Fed. R. App. P. 10(b)(1). No proceedings in this action were transcribed. In addition, to the extent Plaintiff is attempting to

secure an excerpt of record for his appeal, pursuant to the Ninth Circuit Rules, Plaintiff, as a *pro se* litigant, is not required to file an excerpt of the record.  Circuit Rule 30-1.2.

Accordingly, Plaintiff's motion for transcripts at government expense, (ECF No. 25), is DENIED.[1]

IT IS SO ORDERED.

Dated:   **October 26, 2021**           /s/ Barbara A. McAuliffe           
                                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not prevented from requesting copies of the excerpts of the record pursuant to Ninth Circuit Rule 30-3.